Christopher T. Holland (SB # 164053)
Anne E. Kearns (SB #183336)
Kathy M. Sarria (SB #181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Phone:    (415) 249-8330
Fax:      (415) 249-8333
Email:    cholland@kksrr.com

Karen R. Thorland (SB #172092)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Phone:    (310) 282-2000
Fax:      (310) 282-2200
Email:    kthorland@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DOES 1 - 19,<br><br>Defendants. | CASE NO. C-06 2533 RMW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE |

1  Upon Plaintiffs' Miscellaneous Administrative Request
2  for Leave to Take Discovery Prior to Rule 26 Conference, the
3  Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher
4  Harshman and Plaintiffs' Request for Judicial Notice, and having
5  considered the issues raised therein, including relevant privacy
6  issues, it is hereby:

8  ORDERED that the Administrative Request of Plaintiffs
9  for Leave to Take Discovery Prior to Rule 26 Conference is
10 granted.

12 IT IS FURTHER ORDERED that Plaintiffs may serve
13 immediate discovery on SBC Internet Services, Inc., or any other
14 entity identified by SBC Internet Services, Inc. as providing
15 network access or online services to one or more of the Doe
16 Defendants, by serving a Rule 45 subpoena that seeks information
17 sufficient to identify each Doe Defendant, including the name,
18 address, telephone number, email address, and Media Access
19 Control addresses for each Defendant.

21 IT IS FURTHER ORDERED THAT any information disclosed to
22 Plaintiffs in response to the Rule 45 subpoenas may be used by
23 Plaintiffs solely for the purpose of protecting Plaintiffs'
24 rights under the Copyright Act.

Dated: 4/20/06

_Patricia V. Trumbull_
United States ~~District~~ Judge
Magistrate